IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, a foreign insurer,<br><br>                    Plaintiff,<br>v.<br><br>YATES, WOOD, & MCDONALD, INC., a Washington Corporation; 1000 MADISON, LLC, a Washington Limited Liability Company, GARY R. ALLEN, an individual; HOLLY PUGSLEY, an individual,<br><br>                    Defendants. | No.  2:24-cv-00441-TL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES SET FORTH IN NOTICE SETTING SCHEDULING CONFERENCE, DOCKET NO. 10**<br><br>**WITHOUT ORAL ARGUMENT** |

  This matter, having come before the Court on the Parties' Stipulated Motion to Extend Deadlines Set Forth in Notice Setting Scheduling Conference, Docket No. 10 and the Court, having examined the pleadings and briefings on file DECLARES the following:

  It is now, therefore **ORDERED, ADJUDGED, AND DECREED** that Parties' Stipulated Motion to Extend Deadlines Set Forth in Notice Setting Scheduling Conference, Docket No. 10 is hereby **GRANTED**. The deadlines associated and assigned by ECF No. 10 are extended by sixty (60) days. The briefing schedule is amended as follows:

[PROP] ORDER GRANTING STIPULATED EXTENSION OF DEADLINES SET BY ECF NO. 10 – 1
CAUSE NO. 2:24 – cv- 441 - TL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

| Event | Deadline |
|---|---|
| FRCP 26(f) Conference | 07/09/2024 |
| Initial Disclosures | 07/23/2024 |
| Joint Status Report | 08/06/2024 |

SO ORDERED this 10th day of May, 2024.

Tana Lin
United States District Judge

Presented by:

LETHER LAW GROUP

*/s/ Michael R. Morgan*
Michael R. Morgan, WSBA #60419
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
mmorgan@letherlaw.com
*Counsel for Northfield Insurance Company*

GORDON TILDEN THOMAS & CORDELL LLP

*/s/ Brendan Winslow-Nason*
Brendan Winslow-Nason, WSBA #39328
Katherine S. Wan, WSBA #58647
Gordon Tilden Thomas & Cordell LLP
600 University Street, Suite 2915
Seattle, WA 98101
P: (206) 467-6477
Bwinslow-nason@gordontilden.com
kwan@gordontilden.com
*Attorney for Def Yates, Wood & MacDonald, Inc.*

[PROP] ORDER GRANTING STIPULATED
EXTENSION OF DEADLINES SET BY
ECF NO. 10 – 2
CAUSE NO. 2:24 – cv- 441 - TL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  KIRTON MCCONKIE

2  */s/ Haley K. Krug*
Haley K. Krug, WSBA #39315
3  Kirton McConkie
1100 W. Idaho St. Ste. 930
4  Boise, ID 83709
P: (208) 370-3325/ F: (208) 370-3324
5  hkrug@kmclaw.com
*Attorney for Defendant 1000 Madison, LLC*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROP] ORDER GRANTING STIPULATED EXTENSION OF DEADLINES SET BY ECF NO. 10 – 3
CAUSE NO. 2:24 – cv- 441 - TL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544