Honorable Tana Lin

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, a foreign insurer,<br><br>    Plaintiff,<br><br> vs.<br><br>YATES, WOOD, & MCDONALD, INC., a Washington Corporation; 1000 MADISON, LLC, a Washington Limited Liability Company, GARY R. ALLEN, an individual; HOLLY PUGSLEY, an individual<br><br>    Defendants. | No. 2:24-cv-00441-TL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE DEADLINE TO SERVE DEFENDANT GARY R. ALLEN** |

Before the Court is Northfield Insurance Company's Motion to Continue Deadline to Serve Defendant Gary R. Allen. The Court has reviewed the pleadings submitted, including:

1. Plaintiff Northfield Insurance Company's Motion to Continue Deadline to Serve Defendant Gary R. Allen; and

2. The Declaration of Michael R. Morgan in Support of Plaintiff Northfield Insurance Company's Motion to Continue Deadline to Serve Defendant Gary R. Allen and any Exhibit(s) attached thereto.

Being fully advised on the issues, the Court FINDS and ORDERS the following:

Plaintiff Northfield Insurance Company's Motion to Continue the Deadline to Serve Defendant Gary R. Allen is GRANTED. Plaintiff's deadline to serve Defendant Allen with the Summons and Complaint is July 22, 2024.

DATED this 16th day of July, 2024.

_____
Tana Lin
United States District Judge