IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, a foreign insurer,<br><br>Plaintiff,<br>v.<br><br>YATES, WOOD, & MCDONALD, INC., a Washington Corporation; 1000 MADISON, LLC, a Washington Limited Liability Company, GARY R. ALLEN, an individual; HOLLY PUGSLEY, an individual,<br><br>Defendants. | No. 2:24-cv-00441-TL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES SET FORTH IN NOTICE SETTING SCHEDULING CONFERENCE, DOCKET NO. 17**<br><br>**WITHOUT ORAL ARGUMENT** |

    This matter, having come before the Court on the Parties' Stipulated Motion to Extend Deadlines Set forth in Notice Setting Scheduling Conference, Docket No. 17 and the Court, having examined the pleadings and briefings on file DECLARES the following:

    It is now, therefore **ORDERED, ADJUDGED, AND DECREED** that the Parties' Stipulated Motion to Extend Deadlines Set forth in Notice Setting Scheduling Conference, Docket No. 17 is hereby **GRANTED**. The deadlines associated and assigned by ECF No. 17 are extended by twenty-one (21) days. The briefing schedule is amended as follows:

ORDER GRANTING STIPULATED
EXTENSION OF DEADLINES SET BY
ECF NO. 17 – 1
CAUSE NO. 2:24 – cv- 441 - TL

| Event | Deadline |
| --- | --- |
| FRCP 26(f) Conference | 07/30/2024 |
| Initial Disclosures | 08/13/2024 |
| Joint Status Report | 08/27/2024 |

SO ORDERED this 16th day of July, 2024.

Tana Lin
United States District Judge

ORDER GRANTING STIPULATED
EXTENSION OF DEADLINES SET BY
ECF NO. 17 – 2
CAUSE NO. 2:24 – cv- 441 - TL