|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, a foreign insurer,<br><br>        Plaintiff,<br><br>  v.<br><br>YATES, WOOD, & MACDONALD, INC., a Washington corporation; 1000 MADISON, LLC, a Washington limited liability company; GARY R. ALLEN, an individual; HOLLY PUGSLEY, an individual,<br><br>        Defendants. | NO. 2:24-cv-00441-TL<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING SECOND AMENDED ANSWER AND COUNTERCLAIM |

THIS MATTER came before the Court on the parties' Stipulation Regarding Defendant Yates, Wood, & Macdonald, Inc.'s ("Yates") Second Amended Answer and Counterclaim. The Court, being familiar with the records and files herein, having considered the Stipulation and being otherwise fully advised, hereby GRANTS the Stipulation Regarding Second Amended Answer and Counterclaim as follows:

    1.    Defendant Yates shall file its Second Amended Answer and Counterclaim with the Court within three (3) days of this Order;

[PROPOSED] ORDER GRANTING STIPULATION REGARDING SECOND AMENDED ANSWER AND COUNTERCLAIM - 1
NO. 2:24-cv-00441-TL

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

2.   Plaintiff Northfield Insurance Company ("Northfield") shall answer Yates' Second Amended Answer and Counterclaims pursuant to the timelines set forth in the Federal Rules of Civil Procedure;

3.   Plaintiff Northfield does not need to answer Defendant Yates' First Amended Answer and Counterclaims (Dkt. 53).

IT IS SO ORDERED.

DATED this 22nd day of November, 2024.

_____
Tana Lin
United States District Judge

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Defendant Yates, Wood & MacDonald, Inc.

By: s/ *Brendan Winslow-Nason*
   Brendan Winslow-Nason, WSBA #39328
   Katherine S. Wan, WSBA #58647
   Stephanie Hon, WSBA 62123
   600 University Street, Suite 2915
   Seattle, Washington 98101
   206.467.6477
   bwinslow-nason@gordontilden.com
   kwan@gordontilden.com
   shon@gordontilden.com

[PROPOSED] ORDER GRANTING STIPULATION REGARDING SECOND AMENDED ANSWER AND COUNTERCLAIM - 2
NO. 2:24-cv-00441-TL

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477